THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* SALVATORE CAMBARERI, Respondent.

(Submitted November 25, 1936; decided December 4, 1936.)

°*Howard B. Donaldson, District Attorney,* for appellant.

*Salvador J. Capecelatro* for respondent.

Appeal dismissed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

HIRSCH CAHN et al., Appellants, *v.* THE NATIONAL CITY BANK OF NEW YORK, Respondent.

(Argued November 23, 1936; decided December 4, 1936.)

*Borris M. Komar* for appellants.

*MacIlburne Voorhies* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.